# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 28, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157068-9

LEANA M. COX, f/k/a LEANA M.
TARAVELLA, Individually and as Next Friend
of ANGELINA A. COX, a Minor,
      Plaintiff-Appellant,

v

ERIC J. HARTMAN, M.D., and BLUE WATER
OBSTETRICS AND GYNECOLOGY
PROFESSIONAL CORPORATION, d/b/a
BLUEWATER OB GYN, PC,
      Defendants,

and

TRACEY McGREGOR, R.N., and PORT
HURON HOSPITAL,
      Defendants-Appellees.

SC: 157068-9
COA: 333849; 333994
St. Clair CC: 2014-002074-NH

_____/

On order of the Court, the application for leave to appeal the December 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 28, 2018



Clerk

s1127